# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. JOSHUA JEREMIAH ZIEGLER*

Case No. 3:17-cr-00058-TMB-DMS

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** ORDER FROM CHAMBERS

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress (Docket 56), in conjunction with the Defendant's Objections (Docket 60), and the Magistrate's Final Report and Recommendation (Docket 61), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress (Docket 32), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 4, 2018